# Court of Appeals
# of the State of Georgia

ATLANTA, July 19, 2023

*The Court of Appeals hereby passes the following order:*

### A23D0363. MARSHA W. MIGNOTT v. ATLANTA VOLUNTEER LAWYERS FOUNDATION, INC et al.

Marsha W. Mignott sued Atlanta Volunteers Foundations, Inc., Adria L. Perez, Jamie A. Perez, Debra A. Segal, and Paula Frederick for claims including defamation, libel, and civil conspiracy. The defendants filed motions to dismiss, and on May 22, 2023, the trial court entered an order dismissing the claims against the defendants. Mignott has now filed an application for discretionary appeal, seeking to challenge the dismissal of this lawsuit.

It appears that the order Mignott seeks to appeal is directly appealable. The order granting the defendants' motions to dismiss is a final judgment, as nothing remains pending in the court below. See OCGA § 5-6-34 (a). No provision of the discretionary application statute applies to the order Mignott seeks to appeal. See OCGA § 5-6-35 (a). We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Mignott shall have ten days from the date of this order to file a notice of appeal with the trial court if she has not already done so. See OCGA § 5-6-35 (g). The clerk of the superior court is

DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   07/19/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_    *, Clerk.*